D. SIMS CRAWFORD
CHAPTER 13 STANDING TRUSTEE
Northern District of Alabama
Southern Division
P.O. Box 10848
Birmingham, AL 35202-0848
(205) 323-4631 Telephone
(205) 252-0239 Facsimile
info@ch13bham.com

## CLAIM MEMO

DATE: 11/22/2011

CASE NO.: 06-02929-BGC-13

DEBTOR: SHANNON EDMONSON

CREDITOR: CENTRIX FINANCIAL

CLAIM NO.: 02

CLAIM AMOUNT: $12924.01

The item checked below explains the written correspondence received by the Chapter 13 Trustee, copies of which are attached hereto, and the action taken thereon by the Trustee:

- ☐ The mailing address has changed for distributions to this creditor.
- ☐ This claim or its servicing has been transferred to another creditor at a different address.
- ☐ This claim is withdrawn.
- ☐ The balance due on this claim is withdrawn.
- ☐ This claim has been satisfied.
- ☐ The balance due on this claim has been satisfied.
- ☐ According to the creditor, relief from the automatic stay has been granted.
- ☐ According to the creditor, a foreclosure or repossession has occurred regarding the collateral for this claim.
- ☒ Other: Creditor sent a letter stating that claim #02 has been paid in full. Therefore, Trustee has closed claim #02 and will make no further distributions on said claim.

D. Sims Crawford
Chapter 13 Standing Trustee

By: /s/Crystal Trimm
Crystal Trimm, Audit Clerk

# Auto Portfolio Services, LLC

October 8, 2011

D. Sims Crawford, Trustee
PO Drawer 10848
Birmingham, AL 35202

RE: CK Overpayment in the amount of $240.19
Case #: 0602929, Shannon Edmonson

Dear D. Sims Crawford:

Auto Portfolio Service LLC cannot credit the account listed as the account is showing it has been paid in full. The amount of $240.19 is being returned to your office. Please retain these funds and distribute accordingly.

Please let me know if you have any questions. Thank you for your attention to this matter.

Sincerely,

Angela Thompson
Controller
720-241-7620

Auto Portfolio Services LLC.   5295 DTC Parkway Suite 200, Greenwood Village, CO 80111   (877) 761-3111