# REMITTANCE STATEMENT

D. Sims Crawford, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

| Check Number |
|---|
| 500215 |

| Printed |
|---|
| 5/2/2012 |

CLERK, US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

| Issue Date |
|---|
| 05/02/2012 |

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0601189 | DOSS, JANICE MARIE | | | Continuing | 4.57 |
| | ORIGINAL CHECK 486134 12/02/2011 DOSS, JANICE 5712 - 32ND STREET NORTH BIRMINGHAM AL 352071002 | | | | |
| 0602325 | RUSH, DEON QCUENISE | | | Continuing | 322.58 |
| | ORIGINAL CHECK 486138 12/02/2011 RUSH, DEON 304 MOZELLE CIRCLE GARDENDALE AL 35071 | | | | |
| 0602929 | EDMONSON, SHANNON C | | | Continuing | 252.20 |
| | ORIGINAL CHECK 486141 12/02/2011 EDMONSON, SHANNON 6122 LONGMEADOW CIR TRUSSVILLE AL 351733605 | | | | |
| 0701956 | CHAPMAN, OTIS BERNARD | | | Continuing | 61.50 |
| | ORIGINAL CHECK 486176 12/02/2011 CHAPMAN, OTIS 724 DANTON LANE ***MR*** BIRMINGHAM AL 35210 | | | | |
| | | | | TOTAL | 640.85 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

Page 1 of 1

Case 06-02929-BGC13    Doc 64    Filed 05/09/12    Entered 05/09/12 10:31:57    Desc Main
Document    Page 1 of 1